IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHIRL YOUNG, | : |
| | : |
|    Plaintiff | : |
| | : |
| v. | :   Civil Action No.: PX-20-2574 |
| | : |
| NOVO DEVELOPMENT CORPORATION, | : |
|   *et al*., | : |
| | : |
|    Defendants | |

## JOINT STATUS REPORT

This Joint Status Report is being submitted on behalf of all parties other than Defendant Novo Development Corporation (which is in default), as ordered in this Court's Scheduling Order (ECF No. 26).

**1. Requests for Modifications.**

The only request for a modification of the Scheduling Order is that the parties respectfully request an additional 45 days for discovery and dispositive motions to address anticipated issues associated with COVID-19 and remote work environments.  This would change the following dates:

Completion of Discovery; submission of Post-Discovery Joint Status Report, see Part V – changed from July 1, 2021 to August 16, 2021

Requests for admission – changed from July 8, 2021 to August 23, 2021

Dispositive pretrial motions deadline – changed from August 2, 2021 to September 17, 2021

**2. Report on Consent to Proceed Before a United States Magistrate Judge.**

There is not unanimous consent to proceed before a US Magistrate Judge.

1

**3. Report on Mediation with a United States Magistrate Judge.**

The parties wish to participate in a settlement conference during discovery, in the next two to three months if possible, but no expedited session will be necessary.

**4. Report on the Scope of Discovery.**

The parties do not believe that the discovery process will be particularly burdensome for any party in this case.  Plaintiff's discovery will involve the alleged investigations performed in response to Plaintiff's dispute letters, the policies and procedures regarding responding to those letters, the training of employees regarding those matters, the collection system and policies for Defendants Borland and NCS, and Plaintiff's damages.  Defendants' discovery will involve Plaintiff's allegations, causation, standing and damages.  While electronically stored information may be requested regarding those general topics, it is not currently anticipated that any party would require an ESI Order.  Defendants will produce any responsive electronically stored information in hard copy or in .pdf format as an initial matter, and then once the parties have had the opportunity to review such documents, the parties agree, if necessary, to confer regarding any additional exchange or production that the parties believe is necessary.

Dated: March 2, 2021                                        Respectfully submitted,

/s/ Joseph Mack
Joseph Mack
(D. Md. Bar No. 29021)
The Law Offices of Joseph S. Mack
PO Box 65066
Baltimore, MD 21209
Tel.   (443) 423-0464
joseph@macklawonline.com

/s/ Ingmar Goldson
(D. Md. Bar No. 19024)

                        Ingmar Goldson
                        The Goldson Law Office
                        1734 Elton Road, Suite 210
                        Silver Spring, MD 20903
                        Tel.    (240) 780-8829
                        igoldson@goldsonlawoffice.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certified that the forgoing Joint Status Report was served by the Court's Electronic Court Filing system this 2nd day of March, 2021.

                                              /s/Joseph Mack_____
                                            Joseph Mack